UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMARTE USA HOLDINGS, INC.,<br><br>        Plaintiff,<br><br>  -against-<br><br>MINI MANI MOO L.L.C.,<br><br>        Defendant. | 24-cv-3487 (JSR)<br><br>ORDER |

JED S. RAKOFF, U.S.D.J.:

    The parties have now advised the Court that they have settled this matter. Accordingly, the case is hereby dismissed. The Clerk of Court is respectfully requested to close the case.

    SO ORDERED.

New York, NY
8/26, 2024

                                                           _____
                                                           JED S. RAKOFF, U.S.D.J.